**Order filed, July 07, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00009-CV
_____

**VALERO REFINING-TEXAS, L.P., AND VALERO REFINING-NEW ORLEANS, L.L.C., Appellant**

**V.**

**VESUVIUS USA CORPORATION C&H LABORATORIES, CC, AND DR. JOHN HANCOCK, Appellee**

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2010-52532A**

## ORDER

The reporter's record in this case was due **June 26, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Scotty Baldwin**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM